IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

v.                         No. 4:10-cr-271-01-DPM

**JULIO SILVA**                                                                      **DEFENDANT**

### ORDER

The United States' motion, *Document No. 36*, is granted. FED. R. CRIM. P. 48(a). Indictment, *Document No. 3*, dismissed without prejudice as to Julio Silva. The active warrant for Julio Silva's arrest is quashed and shall be returned un-executed.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 March 2012